# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:41 pm, Jan 20, 2022*
**JEFFREY P. COLWELL, CLERK**

Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

**Christian Robert Komor, Plaintiff**

**v.** **Civil Action No. 21-cv-01560-PAB-KLM**

**The United States of America, et al**

## PLAINTIFFS MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

---------------------------

January 20, 2022

Honorable Judge Kristen L. Mix:

Per Federal Rule of Civil Procedure 41(a), Plaintiff having not filed Service and Defendant not having filed an Answer nor a Motion for Summary Judgment, Plaintiff hereby moves to dismiss the Complaint at this time without prejudice and requests that the Court hereby orders this matter dismissed without prejudice.

Sincerely,



Dr. Christian R. Komor, Plaintiff

1:21-cv-01560-PAB-KLM